UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Kelly et al v. Davol, Inc. et al*
Case No. 2:19-cv-4133

## ORDER

This matter is before the Court on Plaintiff's unopposed Motion to Substitute Party. (ECF No. 4.) Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). "A motion for substitution may be made by any party or by the decedent's successor or representative." *Id.*

Following Plaintiff's death, Loretta B. Kelly was named the executrix of his estate. (ECF No. 4.) Plaintiff now moves for the substitution of Loretta B. Kelly as the proper plaintiff. (*Id.*) Plaintiff's unopposed Motion to Substitute Loretta B. Kelly as the executrix of the estate of Wiley Kelly as the proper plaintiff is **GRANTED**. The Clerk is directed to substitute Loretta B. Kelly as the executrix of the estate of Wiley Kelly as Plaintiff in place of Wiley Kelly.

IT IS SO ORDERED.


12/29/2021                              s/Edmund A. Sargus, Jr.
DATE                                    EDMUND A. SARGUS, JR.
                                        UNITED STATES DISTRICT JUDGE